JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | No. 2: 16 CV 1562 |
| vs. | COMPLAINT ON PROMISSORY NOTE |
| JOHN HERNANDEZ Defendant, | (DEPARTMENT OF EDUCATION) |

For its claim, the plaintiff alleges as follows:

This court has jurisdiction under Title 20 U.S.C. §1080. The defendant resides in the County of Los Angeles. This claim arose in connection with a Government insured or guaranteed student loan made by a private lender and assigned to the United States.

Defendant is indebted to plaintiff on unpaid promissory notes, signed by defendant in the principal amount of $1,183.78, plus interest accrued to March 7, 2016, in the sum of $1,150.26, with interest accruing thereafter at 5% per year; plus administrative charges of $20.00, and attorney's fees, and costs.

Defendant is in default under the terms of said notes and despite repeated demands upon him to pay, a balance is still owed.

WHEREFORE, plaintiff prays for judgment against defendant in the principal amount of $1,183.78, plus interest accrued to March 7, 2016, in the sum of $1,150.26, with interest accruing thereafter at 5% per year; plus $20.00 for administrative charges, and attorney's fees, and costs.

DATED: March 7, 2016

JACQUELYNE M. NGUYEN
ATTORNEY FOR THE PLAINTIFF